```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL A. EALEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Pursuant to the courtroom minutes of July 23, 2008 (docket entry 107), a telephone status conference is set for September 8, 2008 at 10:00 a.m., to be held jointly with the status conference in USA v. Michael A. Ealey, 4:08cr3096.

Plaintiff's counsel shall initiate the call.

DATED this 2nd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge