```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3096 |
| | ) | 4:99CR3040 |
| v. | ) | |
| | ) | |
| MICHAEL A. EALEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following a telephone conference this date,

IT IS ORDERED:

1. Another status conference by telephone will be held on February 23, 2009 at 1:30 p.m. Plaintiff's counsel shall initiate the call.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between February 2, 2009 and February 23, 2009 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED February 2, 2009.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge