IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>            vs.                               )<br>                                                        )<br>MICHAEL A. EALEY,                 )<br>                                                        )<br>                    Defendant.       ) | Case No. 4:08cr3096 & 4:99cr3040<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibit previously submitted in this matter within 15 calendar days of the date of this order:

Defendant's Exhibit #1 from Sentencing/Revocation Hearing held 7/21/09

If counsel fails to withdraw this exhibit as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 23rd day of July, 2009.

*Richard G. Kopf*
United States District Judge