IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL A. EALEY,<br><br>　　　　　Defendant. | 4:99CR3040<br><br>**ORDER** |

　　　IT IS ORDERED that Plaintiff shall respond to Defendant's Motion to Temporarily Suspend Restitution Payments, Filing no. 153, on or before May 15, 2020.

　　　Dated this 5th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge